UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ADVOCATES FOR OPPORTUNITY, INC, Case No. 25-10151-CAP

Debtor. Chapter 11

_______________________________/

**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE**

ADVOCATES FOR OPPORTUNITY, INC moves under 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, and Local Rule 3022-1(a), for entry of a final decree closing this case because:

1. The *Amended Chapter 11 Small Business Plan Amends Chapter 11 Plan filed*[1], *as modified by the First Modification to Amended Chapter 11 Small Business Plan of Reorganization*[2] was confirmed on May 19, 2026.[3] The confirmation order is now final.

2. The debtor is not an individual and the plan was not confirmed under 11 U.S.C. § 1191.

3. The effective date of the plan was June 19, 2026.

4. Deposits required by the plan have been distributed, any property proposed by the plan to be transferred has been transferred, the debtor or the successor to the debtor under the plan has assumed the business or the management of the property dealt with by the plan, and payments under the plan have commenced.

5. All motions, contested matters, and adversary proceedings have been finally resolved.

6. All fees required by 28 U.S.C. § 1930 have been paid.

---

[1] Dkt. No. 99.
[2] Dkt. No. 106.
[3] Dkt. No. 134.

WHEREFORE, *Amended Chapter 11 Small Business Plan Amends Chapter 11 Plan filed, as modified by the First Modification to Amended Chapter 11 Small Business Plan of Reorganization* respectfully requests that the Court enter a final decree and close this case.

Dated July 9, 2026

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103

By: /s/ **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500
chad@cvhlawgroup.com

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which caused it to be served electronically on the following parties:

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov
John Schank on behalf of U.S. Trustee Office of the US Trustee
john.s.schank@usdoj.gov
Andrew T Sheeran on behalf of Respondent Agency for Health Care Administration
andrew.sheeran@ahca.myflorida.com

I further certify that on July 9, 2026 I served a copy of the foregoing document by U.S. mail on the parties listed on the attached mailing matrix:

Dated: July 9, 2026

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166

By: /s/ **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500
chad@cvhlawgroup.com

Label Matrix for local noticing
113C-0
Case 25-10151-CAP
Southern District of Florida
Fort Lauderdale
Thu Jul 9 14:13:34 EDT 2026

Advocates for Opportunity, Inc
PO Box 291 825
Fort Lauderdale, FL 33329-1825

Agency for Health Care Administration
Office of the General Counsel
2727 Mahan Drive, MS#3
Tallahassee, FL 32308-5407

AHCA
Attn: Kelly A. Bennett, JD., CFE,
AHFI 2727 Mahan Drive, Mail Stop #6
Tallahassee, FL 32308-5407

Agency for Health Care Administration
2727 Mahan Drive, MS #3
Tallahassee, FL 32308-5407

Agency for Healthcare Administration
Medicaid Accounts Receivable
2727 Mahan Drive, Mail Stop # 14
Tallahassee, FL 32308-5407

Andrew Sheeran, Esq.
General Counsel
Agency for Health Care Administration
2727 Mahan Drive
Tallahassee, FL 32308-5407

Bank of America
PO BOX 982238
El Paso, TX 79998-2238

Chrysalis Center Inc.
1507 Sunset Drive
Miami, FL 33143-5878

Comcast Business
1100 Northpoint Pkwy Palm
West Palm Beach, FL 33407-1937

Copy Source Inc.
100 Williams Drive
Ramsey, NJ 07446-2907

Florida Department of Revenue
8175 NW 12th Street, Suite 119
Miami, FL 33126-1828

Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

(p)ENRIQUE VASSALLO COLON
ATTN ENRIQUE VASSALLO COLON
1248 NORTH UNVERSITY DRIVE
MS 5730
PLANTATION FL 33322-4709

Oakland Park, LLC
2900 N. Dixie Highway, Suite 103
Oakland Park, FL 33334-2666

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Chad T Van Horn
500 NE 4 St #200
Ft Lauderdale, FL 33301-1163

Dorathea M. Maxwell
Maxwell Consulting, Inc.
433 Plaza Real, Suite 275
Boca Raton, FL 33432-3999

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
1248 N University Drive, M/S 5730
Plantation, FL 33322-4721

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 17 |
| Bypassed recipients | 0 |
| Total | 17 |